```
SANAZ SARAH BERELIANI, SBN 256465
BERELIANI LAW FIRM, PC
11400 W. Olympic Blvd, Suite 200
Los Angeles, CA 90064
Telephone:    818-920-8352
Facsimile:    888-876-0896
Email:        sanaz@berelianilaw.com

Attorneys for Debtor,
Letitia L. Wellington
```

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA / LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LETITIA LOUISE WELLINGTON,<br><br>           Debtor. | Case No. 2:17-bk-23651-NB<br><br>Chapter 7<br><br>**STIPULATION TO CONTINUE MOTION TO CONSOLIDATE LEAD CASE WITH NONDEBTOR SPOUSE AMOS Q. WELLINGTON**<br><br>Date: July 17, 2018<br>Time: 10:00 a.m.<br>Courtroom: 1575 |

**TO THE HONORABLE NEIL W. BASON, UNITED STATES BANKRUPTCY JUDGE; WESLEY H. AVERY, CHAPTER 7 TRUSTEE; HIS COUNSEL OF RECORD; UNITED STATES TRUSTEE; AND ANY AND ALL INTERESTED PARTIES:**

This Stipulation ("Stipulation") is entered into by and between Sanaz Sarah Bereliani, Attorney for Debtor Letitia Louise Wellington ("Debtor") on the one hand, and Stella Havkin, Attorney for Creditor Michael D. Madison ("Creditor") on the other (together, the "Parties"). This Stipulation is entered into based on the following facts:

1

## BACKGROUND INFORMATION

1. On or about May 15, 2018, the Creditor filed a Motion to Consolidate the Lead Case ("Motion") with non-debtor Spouse Amos Q. Wellington as Docket 43. This Motion was set for hearing on June 12, 2018 at 11:00AM before the Honorable Judge Bason.

2. On or about May 15, 2018, the Debtor caused to be filed, Amendments to Schedules A/B, C, H, I, and the Statement of Financial Affairs as Docket 47.

3. On or about May 29, 2018, the Debtor filed an Opposition to the Motion as docket 56.

4. On or about June 4, 2018, the Creditor filed his reply in support of the Motion.

5. Prior to appearing for the hearing on the Motion, Counsel for Chapter 7 Trustee contacted the Counsels for both the Debtor and Creditor regarding working out an agreement between the parties regarding the sale of the Debtor's residence and also the Motion. At the hearing, the Parties requested a continuance to allow time to discuss the agreement suggested by Trustee's Counsel and to advise the Court of the status of the resolution.

6. The parties have been working on the reaching an agreement but have not been able to resolve all the terms of the agreement.

## THE STIPULATION

**WHEREFORE**, the Debtor and Creditor agree as to the following:

1. That the Motion be continued to a date in or about October, 2018 to allow time for the Trustee to stage, list and sell the Debtor's residence.

2. The Parties stipulate to that the Debtor's residence is property of the bankruptcy

Estate in line with 11 U.S.C. Section 541(a)(2) and Debtor and her non-debtor spouse agrees to the waiver of 11 U.S.C. Section 363(h) in relation to the staging, listing, and sale of the Debtor's residence located at 1353 Hauser Street, Los Angeles, California.

3. The Debtor does not agree to subordinate her right to the homestead exemption at this time.

4. The Debtor and Amos Wellington agree to move out of the Hauser property 45 days from this Stipulation. However, to not delay the Trustee in selling this property, the Trustee – by and through his real estate and attorney and with proper 24-hour notice – may work on preparing to list the property on MLS and planning on staging the property by visiting the residence to measure and plan, so as to not delay the sale of the property.

BERELIANI LAW FIRM, PC

Dated: July 11th, 2018      By: _____
Sanaz Sarah Bereliani, Attorney for Debtor
Letitia Louise Wellington

HAVKIN & SHRAGO

Dated: July 11, 2018      By: _____
Stella Havkin, Attorney for Creditor
Michael D. Madison