```
BRETT B. CURLEE (SBN 151058)
LAW OFFICES OF BRETT CURLEE
11377 W. Olympic Blvd., Suite 200
Los Angeles, CA 90064
Telephone: (310)203-3084
Facsimile: (310) 203-3071
Email: Brett.Curlee@TheCurleeLawFirm.com

Attorney for the Movant and
Chapter 7 Trustee, WESLEY H. AVERY
```

FILED & ENTERED

OCT 03 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY sumlin    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LETITIA LOUISE WELLINGTON,<br><br>        Debtor. | CASE NO. 2:17-bk-23651-NB<br><br>[Chapter 7]<br><br>ORDER ON MOTION BY THE CHAPTER 7 TRUSTEE, WESLEY H. AVERY, FOR ORDER APPROVING COMPROMISE OF CONTROVERSY REGARDING STIPULATION FOR THE CHAPTER 7 TRUSTEE TO SELL THE SINGLE FAMILY RESIDENCE (1353 Hauser Boulevard, Los Angeles, CA 90036) AND TO CONTINUE THE HEARING ON THE MOTION TO CONSOLIDATE (Docket No. 43) BETWEEN THE CHAPTER 7 TRUSTEE, WESLEY H. AVERY, THE DEBTOR, LETITIA LOUISE WELLINGTON, THE DEBTOR'S SPOUSE, AMOS Q. WELLINGTON, AND MICHAEL DURAND MADISON, SR.<br><br>Date: October 2, 2018<br>Time: 11:00 a.m.<br>Place: Courtroom 1545<br>Edward R. Roybal Federal Building And Courthouse<br>255 E. Temple Street<br>Los Angeles, CA 90012-3300 |

The Court, having reviewed the "Notice Of Motion to Compromise Controversy" (Docket No. 89) (the "Notice"), the "Motion to Compromise Controversy" (Docket No. 86)(the "Motion"),

-1-

1 the Memorandum Of Points And Authorities in support of the
2 Motion, and the declaration of Wesley H. Avery in support of the
3 Motion, and the documentary evidence submitted in support of the
4 Motion, and the Court having determined that there was no
5 opposition to the Motion and that the Motion was timely filed and
6 Notice was properly given, and that the Motion and evidence
7 demonstrate that the Motion should be granted, and that no
8 appearance was therefore required at the hearing on the Motion at
9 the above stated date and time,
10 IT IS HEREBY ORDERED THAT:
11     1.    The Motion is **GRANTED**;
12     2.    The "Stipulation for the Chapter 7 Trustee to Sell the
13 Single Family Residence (1353 Hauser Boulevard, Los Angeles, CA
14 90036) and to Continue the Hearing on the Motion to Consolidate
15 (Docket No. 43) Between the Chapter 7 Trustee, Wesley H. Avery,
16 the Debtor, Letitia Louise Wellington, the Debtor's Spouse, Amos
17 Q. Wellington, and Creditor Michael Durand Madison, Sr."
18 ("Stipulation"), attached to the Motion as Exhibit "1," is
19 **APPROVED**; and,
20 //

3. The Trustee is hereby authorized to execute all documents and take such actions as are reasonably necessary in accordance with the Stipulation and this Court's order approving the Motion.

###

Date: October 3, 2018

Neil W. Bason
United States Bankruptcy Judge