```
 1  BRETT B. CURLEE (SBN 151058)
    LAW OFFICES OF BRETT CURLEE
 2  11377 W. Olympic Blvd., Suite 200
    Los Angeles, CA 90064
 3  Telephone: (310)2Q3-3084
    Facsimile: (310) 203-3071
 4  Email: Brett.Curlee@TheCurleeLawFirm.com

 5  Attorney for the Movant and Chapter 7
    Trustee, WESLEY H. AVERY
 6
                    UNITED STATES BANKRUPTCY COURT
 7
                    CENTRAL DISTRICT OF CALIFORNIA
 8
                         LOS ANGELES DIVISION
 9
    In re LETITIA LOUISE WELLINGTON,  ) Case No. 2:17-bk-23651-NB
10                                    )
                                      ) [Chapter 7]
11                  Debtor.           )
                                      ) DECLARATION OF BRETT B.
12                                    ) CURLEE RE: SERVICE OF ORDER
                                      ) TO SHOW CAUSE WHY AMOS Q.
13                                    ) WELLINGTON, KOUSHA BEROKIM,
                                      ) AND BEROKIM & DUEL, P.C.
14                                    ) SHOULD NOT BE HELD IN CIVIL
                                      ) CONTEMPT OF COURT (FRBP
15                                    ) 9020)
                                      )
16                                    ) Date: November 27, 2018
                                      ) Time: 11:00 a.m.
17  _____) Place: Courtroom 1545
                                        Edward R. Roybal Federal
18                                      Building And Courthouse
                                        255 E. Temple Street
19                                      Los Angeles, CA 90012-3300
20
21
22
23
24
25
26
27
28


                                  -1-
```

## DECLARATION OF BRETT B. CURLEE

I, BRETT B. CURLEE, declare and state as follows:

1. I am the attorney for the Movant and Chapter 7 Trustee, Wesley H. Avery ("Trustee"), in the bankruptcy case In re: Letitia Louise Wellington, Bankr. Case No. 2:17-bk-23651-NB (Chapter 7) ("Bankruptcy Case" or "Estate"). I have personal knowledge of the facts stated in this declaration. If called as a witness, I would competently testify to the facts stated below.

2. On November 1, 2018, I caused to be filed the "Motion for Issuance of Order Directing Amos Q. Wellington, Kousha Berokim, and Berokim & Duel, P.C. to Show Cause why They should not be held in Civil Contempt of Court (FRBP 9020); Memorandum of Points and Authorities; Declarations of Brett B. Curlee and Wesley H. Avery in Support Thereof" (Docket No. 102") ("Motion") for the Trustee, and I lodged an Order thereon as demonstrated by the Notice of Lodgment of Order on the Motion (Docket No. 103).

3. The Court issued the Order on the Motion (Docket No. 104) ("Order") on November 2, 2018 and set the Motion for hearing at the above-referenced date and time and court location. The Order required the Trustee to serve a copy of the Order on Amos Q. Wellington, Kousha Berokim, and Berokim & Duel, P.C. by November 5, 2018, via overnight mail delivery.

4. On November 3, 2018, I traveled to the Rancho Park branch of the United States Post Office at 11270 Exposition Boulevard, Floor 1, Los Angeles, CA 90064-9998. I delivered the envelopes containing the Order for express mail delivery on Amos Q. Wellington, Kousha Berokim, and Berokim & Duel, P.C. Attached hereto as **Exhibit "1"** are the priority mail receipts showing the

1  addresses to which the envelopes containing copies of the Order
2  were delivered and showing the U.S. Postal Service completed
3  processing the envelopes containing the Orders at 3:41 p.m. on
4  Saturday November 3, 2018.

5      5.   As the U.S. Postal Service does not deliver on Sunday,
6  all of the envelopes were designated for delivery on the next
7  business day, which was October 5, 2018, by noon.  Attached
8  hereto as **Exhibit "2"** is a true and correct copy of the receipt
9  issued by the U.S. Postal Service, at 3:44 p.m. on November 3,
10 2018, that confirms both the processing of the envelopes
11 containing the Orders and the cost of express mail delivery.

12     5.   On November 6, 2018, I confirmed online with U.S.
13 Postal Service that all of the envelopes containing the Order had
14 been delivered to the addresses for Amos Q. Wellington, Kousha
15 Berokim, and Berokim & Duel, P.C. before filing this declaration.
16 True and correct copies of the USPS Tracking Reports showing the
17 delivery of all of the envelopes containing the Order by noon on
18 November 5, 2018 are attached hereto as **Exhibit "3"**.

19     I declare under penalty of perjury under the laws of the
20 United States of America that the foregoing is true and correct
21 and that this declaration was executed this 6th day of November of
22 2018, at Los Angeles, California.

*[signature]*
Brett B. Curlee

-3-

# EXHIBIT "1"

**Label 1:**

FROM:
Brett B. Curlee, Esq.
Law Offices of Brett Curlee
11377 W. Olympic Blvd.
Suite 200
Los Angeles, CA 90064

TO:
Kousha Berokim, Esq.
Berokim & Duel, P.C.
270 N. Canon Drive, Third Floor
Beverly Hills, CA 90210

USPS Priority Mail Express
EL 911100052 US
PO ZIP Code: 90064
Scheduled Delivery Date: 11/5/18
Postage: $24.70
Date Accepted: 11/3/18
Time Accepted: 3:35 PM
Acceptance Employee Initials: L-2
Total Postage & Fees: 24.70
$100.00 insurance included.

**Label 2:**

FROM:
Brett B. Curlee, Esq.
Law Offices of Brett Curlee
11377 West Olympic Blvd.
Suite 200
Los Angeles, CA 90064

TO:
Amos Q. Wellington
1353 Hauser Blvd.
Los Angeles, CA 90019

USPS Priority Mail Express
EL 911100066 US
PO ZIP Code: 90064
Scheduled Delivery Date: 11/5/18
Postage: $24.70
Date Accepted: 11/3/18
Time Accepted: 3:36 PM
Acceptance Employee Initials: L-2
Total Postage & Fees: 24.70
$100.00 insurance included.

**Label 1 (USPS Priority Mail Express):**

FROM:
Brett B. Curlee, Esq.
Law Offices of Brett Curlee
11377 W. Olympic Blvd.
Suite 200
Los Angeles, CA 90064
PHONE: (310) 203-3084

TO:
Amos Q. Wellington
PO Box 351000
Los Angeles, CA 90035

Tracking: EL 911100083 US
PO ZIP Code: 90064
Scheduled Delivery Date: 11/5/18
Postage: $24.70
Date Accepted: 11/3/18
Time Accepted: 3:30 PM
Total Postage & Fees: $24.70
$100.00 Insurance included.

**Label 2 (USPS Priority Mail Express):**

FROM:
Brett B. Curlee, Esq.
Law Offices of Brett Curlee
11377 W. Olympic Blvd.
Suite 200
Los Angeles, CA 90064
PHONE: (310) 203-3084

TO:
Berokim & Duel, P.C.
c/o Kousha Berokim, Esq.
270 N. Canon Drive, Third Floor
Beverly Hills, CA 90210

Tracking: EL 911100110 US
PO ZIP Code: 90064
Scheduled Delivery Date: 11/5/18
Postage: $24.70
Date Accepted: 11/3/18
Time Accepted: 3:41 PM
Acceptance Employee Initials: 12
Total Postage & Fees: $24.70
$100.00 Insurance included.

—6—

# EXHIBIT "2"

```
                    RANCHO PARK
              11270 EXPOSITION BLVD FL 1
                     LOS ANGELES
                          CA
                      90064-9998
                      0545500064
       11/03/2018    (800)275-8777    3:44 PM
       =========================================
       =========================================
       Product                  Sale       Final
       Description              Qty        Price
       -----------------------------------------
       PM Exp 1-Day              1        $24.70
       Flat Rate Env
           (Domestic)
           (BEVERLY HILLS, CA  90210)
           (Flat Rate)
           (Signature Waiver)
           (Scheduled Delivery Date)
           (Monday 11/05/2018 12:00 PM)
           (Money Back Guarantee)
           (USPS Tracking #)
           (EL911100052US)
       PM Exp                    1         $0.00
       Insurance
           (Up to $100.00 included)
       PM Exp 1-Day              1        $24.70
       Flat Rate Env
           (Domestic)
           (LOS ANGELES, CA  90019)
           (Flat Rate)
           (Signature Waiver)
           (Scheduled Delivery Date)
           (Monday 11/05/2018 12:00 PM)
           (Money Back Guarantee)
           (USPS Tracking #)
           (EL911100066US)
       PM Exp                    1         $0.00
       Insurance
           (Up to $100.00 included)
       PM Exp 1-Day              1        $24.70
       Flat Rate Env
           (Domestic)
           (LOS ANGELES, CA  90035)
           (Flat Rate)
           (Signature Waiver)
           (Scheduled Delivery Date)
           (Monday 11/05/2018 12:00 PM)
           (Money Back Guarantee)
           (USPS Tracking #)
           (EL911100083US)
       PM Exp                    1         $0.00
       Insurance
           (Up to $100.00 included)
       PM Exp 1-Day              1        $24.70
       Flat Rate Env
           (Domestic)
           (BEVERLY HILLS, CA  90210)
           (Flat Rate)
           (Signature Waiver)
           (Scheduled Delivery Date)
           (Monday 11/05/2018 12:00 PM)
           (Money Back Guarantee)
           (USPS Tracking #)
           (EL911100110US)
       PM Exp                    1         $0.00
       Insurance
           (Up to $100.00 included)
       -----------------------------------------
       Total                              $98.80
       -----------------------------------------
       Credit Card Remitd                 $98.80
           (Card Name:VISA)
           (Account #:XXXXXXXXXXXX1105)
           (Approval #:00786C)
           (Transaction #:917)
           (AID:A0000000031010          Chip)
           (AL:VISA CREDIT)
           (PIN:Not Required      CHASE VISA)
```

1
2
3
4
5
6
7
8
9
10
11
12
13
14         # EXHIBIT "3"
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# USPS Tracking® FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package +

Tracking Number: EL911100052US                                Remove ✕

**On Time**

**Expected Delivery on**

# MONDAY

**5** NOVEMBER 2018 ⓘ    See Product Information ⌄

## ✓ Delivered

November 5, 2018 at 11:52 am
Delivered
BEVERLY HILLS, CA 90210

Get Updates ⌄

---

Text & Email Updates                                          ⌄

---

Proof of Delivery                                             ⌄

---

Tracking History                                              ⌄

---

Product Information                                           ⌄

---

# USPS Tracking® FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package +

Tracking Number: EL911100066US                                      Remove ✕

Scheduled Delivery by

## MONDAY

**5** NOVEMBER 2018 ⓘ   by **12:00pm** ⓘ

## ⊘ Delivered

November 5, 2018 at 11:40 am
Delivered, In/At Mailbox
LOS ANGELES, CA 90019

Get Updates ⌄

Feedback

---

Text & Email Updates                                               ⌄

---

Proof of Delivery                                                  ⌄

---

Tracking History                                                   ⌄

---

Product Information                                                ⌄

---

See Less ⌃

—11—

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=2&text28777=&tLabe...   11/6/2018

# USPS Tracking® FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package +

**Tracking Number:** EL911100083US

Remove ✕

Scheduled Delivery by

# MONDAY

**5** NOVEMBER 2018 ⓘ  by **12:00pm** ⓘ

## ⊘ Delivered

November 5, 2018 at 11:13 am
Delivered
LOS ANGELES, CA 90035

Get Updates ⌄

---

**Text & Email Updates** ⌄

---

**Proof of Delivery** ⌄

---

**Tracking History** ⌄

---

**Product Information** ⌄

---

See Less ⌃

—12—

# USPS Tracking® FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package +

Tracking Number: EL911100110US                                  Remove ✕

On Time

Expected Delivery on

# MONDAY

# 5 NOVEMBER 2018 ⓘ    See Product Information ⌄

Feedback

## ✓ Delivered

November 5, 2018 at 11:52 am
Delivered
BEVERLY HILLS, CA 90210

Get Updates ⌄

---

Text & Email Updates                                            ⌄

---

Proof of Delivery                                               ⌄

---

Tracking History                                                ⌄

---

Product Information                                             ⌄

---

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Law Offices Of Brett Curlee, 11377 West Olympic Boulevard, Suite 200, Los Angeles, CA 90064

A true and correct copy of the foregoing document entitled: DECLARATION OF BRETT B. CURLEE RE: SERVICE OF ORDER TO SHOW CAUSE WHY AMOS Q. WELLINGTON, KOUSHA BEROKIM, AND BEROKIM & DUEL, P.C. SHOULD NOT BE HELD IN CIVIL CONTEMPT OF COURT (FRBP 9020) will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On November 6, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Chapter 7 Trustee: Wesley H Avery (TR)
  wes@averytrustee.com,
  C117@ecfcbis.com;lucy@averytrustee.com;alexandria@averytrustee.com

- Attorney for the Chapter 7 Trustee: Brett B Curlee
  brett.curlee@thecurleelawfirm.com

- Attorney for the Debtor: Sanaz S Bereliani
  berelianilaw@gmail.com,
  chris@berelianilaw.com;r48595@notify.bestcase.com

- Creditor's Attorney: Michael F Chekian    mike@cheklaw.com

- Creditor's Attorney: Stella A Havkin
  stella@havkinandshrago.com,
  havkinlaw@earthlink.net;r49306@notify.bestcase.com

- Creditor's Attorney: Merdaud Jafarnia
  bknotice@mccarthyholthus.com, mjafarnia@ecf.inforuptcy.com

- United States Trustee: United States Trustee (LA)
  ustpregion16.la.ecf@usdoj.gov

- Creditor's Attorney: Kristin A Zilberstein
  ecfnotifications@ghidottilaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On November 6, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or

1  adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Amos Q. Wellington
1353 Hauser Boulevard
Los Angeles, CA 90039

Amos Q. Wellington
PO Box 351000
Los Angeles, CA 90035

Kousha Berokim, Esq.
Berokim & Duel, P.C.
270 North Canon Drive, Third Floor
Beverly Hills, CA 90210

Berokim & Duel, P.C.
C/O Kousha Berokim, Esq.
270 North Canon Drive, Third Floor
Beverly Hills, CA 90210

☐ Service information continued on attached page

**3.    SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 6, 2018 | Brett B. Curlee | *Brett B. Curlee* (signature) |
|---|---|---|
| Date | Printed Name | Signature |