| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address: | FOR COURT USE ONLY |
|---|---|
| Brett B. Curlee, Esq. (SBN 151058)<br>LAW OFFICES OF BRETT CURLEE<br>11377 West Olympic Boulevard, Suite 200<br>Los Angeles, CA 90064<br>Telephone: (310) 203-3084<br>Facsimile: (310) 203-3071<br>Email: Brett.Curlee@TheCurleeLawFirm.com<br><br>☐ Individual *appearing without an attorney*<br>X  Attorney for: Chapter 7 Trustee, Wesley H. Avery | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>LETITIA LOUISE WELLINGTON,<br><br><br><br>Debtor(s) | CASE NO.: 2:17-bk-23651-NB<br>CHAPTER: 7<br><br>NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: MOTION FOR ISSUANCE OF ORDER DIRECTING AMOS Q. WELLINGTON, KOUSHA BEROKIM, AND BEROKIM & DUEL P.C. TO SHOW CAUSE WHY THEY SHOULD NOT BE HELD IN CIVIL CONTEMPT OF COURT (FRBP 9020) AND FOR ORDER HOLD AMOS Q. WELLINGTON, KOUSHA BEROKIM, AND BEROKIM & DUEL P.C. IN CONTEMPT OF COURT |
|---|---|

PLEASE TAKE NOTE that the order titled: **ORDER ON MOTION FOR ISSUANCE OF ORDER DIRECTING AMOS Q. WELLINGTON, KOUSHA BEROKIM, AND BEROKIM & DUEL P.C. TO SHOW CAUSE WHY THEY SHOULD NOT BE HELD IN CIVIL CONTEMPT OF COURT (FRBP 9020) AND FOR ORDER HOLD AMOS Q. WELLINGTON, KOUSHA BEROKIM, AND BEROKIM & DUEL P.C. IN CONTEMPT OF COURT** was lodged on **November 28, 2018** and is attached.  This order relates to the motion which is docket number 102.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*          Page 1          **F 9021-1.2.BK.NOTICE.LODGMENT**

BRETT B. CURLEE (SBN 151058)
LAW OFFICES OF BRETT CURLEE
11377 W. Olympic Blvd., Suite 200
Los Angeles, CA 90064
Telephone: (310) 203-3084
Facsimile: (310) 203-3071
Email: Brett.Curlee@TheCurleeLawFirm.com

Attorney for the Movant and
Chapter 7 Trustee, WESLEY H. AVERY

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| In re | ) CASE NO. 2:17-bk-23651-NB |
|---|---|
| LETITIA LOUISE WELLINGTON, | ) [Chapter 7] |
| Debtor. | ) ORDER ON MOTION FOR ISSUANCE OF ORDER DIRECTING AMOS Q. WELLINGTON, KOUSHA BEROKIM, AND BEROKIM & DUEL P.C. TO SHOW CAUSE WHY THEY SHOULD NOT BE HELD IN CIVIL CONTEMPT OF COURT (FRBP 9020) AND FOR ORDER HOLD AMOS Q. WELLINGTON, KOUSHA BEROKIM, AND BEROKIM & DUEL P.C. IN CONTEMPT OF COURT |
| | ) Date: November 27, 2018 |
| | ) Time: 11:00 a.m. |
| | ) Place: Courtroom 1545 |
| | ) Edward R. Roybal Federal Building And Courthouse |
| | ) 255 E. Temple Street |
| | ) Los Angeles, CA 90012-3300 |

The Court, having reviewed the "Motion for Order Directing Amos Q. Wellington, Kousha Berokim, and Berokim & Duel P.C. to Show Cause why They should not be held in Civil Contempt of Court (FRBP 9020) and for Order Holding Amos Q. Wellington, Kousha Berokim, and Berokim & Duel P.C. in Contempt of Court" (Docket

No. 102) (the "Motion"), the Memorandum Of Points And Authorities in support of the Motion, and the declarations of Brett B. Curlee and Wesley H. Avery in support of the Motion, the documentary evidence submitted in support of the Motion, the "Declaration re: Service of the Order to Show Cause" (Docket No. 108), the "Supplemental Declaration of Brett B. Curlee" (Docket No. 111), and the Court having determined the causes of action in the lawsuit identified in the Motion and in the complaint attached thereto as Exhibit "9" are assets of the bankruptcy estate, that there was no opposition to the Motion, that the Motion was timely filed and Notice was properly given, that the Motion and evidence attached thereto demonstrate the Motion should be granted, and that no appearance was therefore required at the hearing on the Motion at the above stated date and time,

IT IS HEREBY ORDERED THAT:

1. The Motion is **GRANTED**;

2. Amos Q. Wellington, Kousha Berokim, and Berokim & Duel P.C are hereby held in civil contempt;

3. The Movant is awarded $5,215 in fees plus $202.50 in costs for a total of $5,417.50 payable by Respondents, jointly and severally, to the Law Offices of Brett Curlee, Counsel for the Movant;

4. The award of attorney fees and costs is payable in accordance with paragraph 3 without prejudice to the right of the Movant to seek an additional award of attorney fees and costs as they may be incurred to enforce this Order;

5. A mandatory injunction is hereby imposed. The Respondents and each of them shall immediately take all steps

necessary to dismiss that certain state court lawsuit, Amos Wellington v. Michael Madison, L.A.S.C. Case No. BC719604 ("Lawsuit") without prejudice;

6. In accordance with the holding under binding precedent of the Court of Appeals for the Ninth Circuit, all actions taken by the Respondents in violation of the automatic stay, including all proceedings in the Lawsuit since the filing of the bankruptcy petition on November 4, 2017 are void *ab initio*; and,

7. A status conference is hereby set for **January 15, 2019** at **11:00 a.m.** before this Court to address any outstanding issues such as collection procedures, any additional coercive measures or additional compensatory matters, etc., subject to any earlier or later self-calendared dates the Movant is hereby authorized to set by 14 days' notice served on Respondents via U.S. Mail and filed with the Court.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Law Offices Of Brett Curlee, 11377 West Olympic Boulevard, Suite 200, Los Angeles, CA 90064

A true and correct copy of the foregoing document entitled: NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: MOTION FOR ISSUANCE OF ORDER DIRECTING AMOS Q. WELLINGTON, KOUSHA BEROKIM, AND BEROKIM & DUEL P.C. TO SHOW CAUSE WHY THEY SHOULD NOT BE HELD IN CIVIL CONTEMPT OF COURT (FRBP 9020) AND FOR ORDER HOLD AMOS Q. WELLINGTON, KOUSHA BEROKIM, AND BEROKIM & DUEL P.C. IN CONTEMPT OF COURT will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On November 28, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Chapter 7 Trustee:  Wesley H Avery (TR)
  wes@averytrustee.com,
  C117@ecfcbis.com;lucy@averytrustee.com;alexandria@averytrustee.com

- Attorney for the Chapter 7 Trustee:  Brett B Curlee
  brett.curlee@thecurleelawfirm.com

- Attorney for the Debtor:  Sanaz S Bereliani
  berelianilaw@gmail.com,
  chris@berelianilaw.com;r48595@notify.bestcase.com

- Creditor's Attorney:  Michael F Chekian     mike@cheklaw.com

- Creditor's Attorney:  Stella A Havkin
  stella@havkinandshrago.com,
  havkinlaw@earthlink.net;r49306@notify.bestcase.com

- Creditor's Attorney:  Merdaud Jafarnia
  bknotice@mccarthyholthus.com, mjafarnia@ecf.inforuptcy.com

- United States Trustee:  United States Trustee (LA)
  ustpregion16.la.ecf@usdoj.gov

- Creditor's Attorney:  Kristin A Zilberstein
  ecfnotifications@ghidottilaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:** On November 28, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or

-5-

adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Amos Q. Wellington
1353 Hauser Boulevard
Los Angeles, CA 90039

Amos Q. Wellington
PO Box 351000
Los Angeles, CA 90035

Kousha Berokim, Esq.
Berokim & Duel, P.C.
270 North Canon Drive, Third Floor
Beverly Hills, CA 90210

Berokim & Duel, P.C.
C/O Kousha Berokim, Esq.
270 North Canon Drive, Third Floor
Beverly Hills, CA 90210

☐ Service information continued on attached page

**3.    SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 28, 2018 | Brett B. Curlee | *Brett B. Curlee* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |