```
BRETT B. CURLEE (SBN 151058)
LAW OFFICES OF BRETT CURLEE
21250 Hawthorne Blvd., Suite 500
Torrance, CA 90503
Telephone: (310)203-3084
Facsimile: (310) 203-3071
Email: Brett.Curlee@TheCurleeLawFirm.com

Attorney for the Movant and
Chapter 7 Trustee, WESLEY H. AVERY
```

**FILED & ENTERED**

**MAY 13 2019**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY ghaltchi    DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF C~~ALIFORNIA~~ **CHANGES MADE BY COURT**

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LETITIA LOUISE WELLINGTON,<br><br>                Debtor. | ) CASE NO. 2:17-bk-23651-NB<br>) <br>) [Chapter 7]<br>) <br>) ORDER ON STIPULATION<br>) AMENDING THE TERMS OF THE<br>) STIPULATION [Docket No. 86,<br>) Exhibit "1"] FOR THE CHAPTER<br>) 7 TRUSTEE TO SELL THE SINGLE<br>) FAMILY RESIDENCE (1353<br>) Hauser Boulevard, Los<br>) Angeles, CA 90036) BETWEEN<br>) THE CHAPTER 7 TRUSTEE,<br>) WESLEY H. AVERY, THE DEBTOR,<br>) LETITIA LOUISE WELLINGTON,<br>) THE DEBTOR'S SPOUSE, AMOS Q.<br>) WELLINGTON, AND CREDITOR,<br>) MICHAEL DURAND MADISON, SR.<br>)<br>) Date: No hearing required.<br>) Time: No hearing required.<br>) Place: Courtroom 1545<br>  Edward R. Roybal Federal<br>  Building and Courthouse<br>  255 E. Temple Street<br>  Los Angeles, CA 90012-3300 |

The Court, having reviewed the "Stipulation Amending the Terms of the Stipulation [Docket No. 86, Exhibit "1"] for the Chapter 7 Trustee to Sell the Single Family Residence (1353 Hauser Boulevard, Los Angeles, CA 90036) Between the Chapter 7 Trustee, Wesley H. Avery, the Debtor, Letitia Louise Wellington, the Debtor's Spouse, Amos Q. Wellington, and Creditor, Michael

-1-

Durand Madison, Sr." (Docket No. <u>147</u> ~~86~~)(the "Amended Stipulation"), and the Court having determined that the Amended Stipulation was properly served and that no further hearing is necessary,

IT IS HEREBY ORDERED THAT:

1. The Amended Stipulation is **GRANTED**;

2. The Amended Stipulation is **APPROVED**;

3. The Amended Stipulation amends only those terms in the "Stipulation for the Chapter 7 Trustee to Sell the Single Family Residence (1353 Hauser Boulevard, Los Angeles, CA 90036) and to Continue the Hearing on the Motion to Consolidate (Docket No. 43) Between the Chapter 7 Trustee, Wesley H. Avery, the Debtor, Letitia Louise Wellington, the Debtor's Spouse, Amos Q. Wellington, and Creditor Michael Durand Madison, Sr." ("Original Stipulation"), attached to the Motion, Docket No. 86, as Exhibit "1," as are set forth in the Amended Stipulation;

4. All other terms of the Original Stipulation are unaffected and remain in full force and effect; and,

5. The Chapter 7 Trustee is hereby authorized to execute all documents and take such actions as are reasonably necessary in accordance with the Original Stipulation and Amended Stipulation.

Date: May 13, 2019

Neil W. Bason
United States Bankruptcy Judge

-2-