Sanaz Sarah Bereliani, SBN# 256465
**BERELIANI LAW FIRM, P.C.**
11400 W. Olympic Blvd., Ste. 200
Los Angeles, CA 90064
Telephone:    (310) 914-0152
Facsimile:    (888) 876-0896

Attorney for Debtor,
LETITIA LOUISE WELLINGTON

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| In re: | Bankruptcy Case No. 2:17-bk-23651-NB |
|---|---|
| | Chapter 7 |
| LETITIA LOUISE WELLINGTON,<br><br>Debtor | **NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL OF RECORD; DECLARATION OF SANAZ S. BERELIANI AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>Date: November 5, 2019<br>Time: 11:00am<br>Ctrm: 1545<br>    255 E Temple Street<br>    Los Angeles, CA 90012 |

**THE HONORABLE NEIL W. BASON, UNITED STATES BANKRUPTCY JUDGE; DEBTOR; WESLEY H. AVERY, CHAPTER 7 TRUSTEE; OFFICE OF THE UNITED STATES TRUSTEE, AND ALL OTHER INTERESTED PARTIES AND THEIR COUNSEL:**

**NOTICE IS HEREBY GIVEN** that Sanaz Sarah Bereliani of Bereliani Law Firm, PC (hereinafter "Counsel") hereby moves this Court for an order permitting Counsel of record to withdraw as attorney of record for the Letitia Louise Wellington (hereinafter "Debtor") in the matter

herein. This motion is based on the attached Declaration of Sanaz S. Bereliani and the Memorandum of Points and Authorities filed in support.

**NOTICE IS FURTHER GIVEN** that the Motion shall be heard on November 5, 2019, at 11:00 AM or as soon thereafter as the matter may be heard, at the United States Bankruptcy Court located at 255 E Temple Street, Los Angeles, CA 90012.

This Motion is brought pursuant to Local Bankruptcy Rule 9013-1(1)(g). Any opposition to the Motion or statement of non-opposition must be properly filed and served on Debtor's attorney, and filed with the court at least 14 days prior to the hearing on the Motion. Failure to file such an opposition may be deemed a waiver of the right to oppose the Motion, resulting in entry of an order granting the within Motion.

Dated: 10/4/2019                                Respectfully Submitted,

                                               **BERELIANI LAW FIRM, P.C.**

                                               /s/ Sanaz Sarah Bereliani
                                               Sanaz Sarah Bereliani, Esq.

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD

The purpose of this motion is to permit Sanaz S. Bereliani to withdraw as counsel of record in the within matter. Since substituting into this matter on or about April 3, 2018, there have been communication issues between the Debtor and Attorney Bereliani. Attorney Bereliani was brought onto the case about five months after the initial filing of the case as a chapter 13 and right before it converted into a chapter 7 case by Judge Bason. Attorney Bereliani has represented the Debtor in communications with the Trustee, Trustee's attorney, appeared at multiple 341(a) hearings, and as to response and appearance of Motions for Relief and the current pending Motion to Consolidate. Throughout, there have been breakdowns in communication and sometimes lack of communication with the Debtor and Attorney Bereliani. This caused Attorney Bereliani to substitute out of the case on August 17, 2018, but was convinced to substitute back in the case to assist in resolving the universal settlement agreement between the Trustee and parties. Attorney Bereliani tried vigilantly to resolve these issues through office appointments, phone calls, multiple emails and also a visit to the Debtor's home. Unfortunately, the communication continued to dwindle and Attorney Bereliani could not reach a common ground as to the resolution of the case and the next steps available.

In the last few months, there has been no meaningful communication between the Debtor and Attorney Bereliani, even after Attorney Bereliani reached out in regards to the status of the Adversary Proceeding currently pending. Attorney Bereliani's last work in this case has been filing an Opposition to the Motion to Consolidate. On or about September 17, 2019, this filed copy was sent to the client with a substitution of attorney form and requested that it be reviewed and signed and offered to speak to explain anything in the email. No response has been provided to date from the Debtor. Again, on or about October 2, 2019, Attorney Bereliani emailed the Debtor and later followed up with a call

regarding this case and substitution of attorney. No response has been provided by the Debtor. If the substitution of attorney form is signed and returned by the Debtor, then this motion will be withdrawn. Despite numerous attempts to communicate with the Debtor, the Debtor has not been responsive. The Debtor's failure to sign a substitution of attorney is the cause of this motion.

### ARGUMENT

### I. Counsel HAS A DUTY TO WITHDRAW WHEN Counsel CANNOT COMMUNICATE WITH ITS CLIENT

State Bar Rule 3-700(d) authorizes withdrawal where the conduct of the client makes it difficult for the member of the state bar to carry out the employment effectively. Debtor has not been responsive to Attorney Bereliani regarding this case and has not communicated effectively with Attorney Bereliani during the pendency of this case throughout the past year, and more so now. Counsel cannot effectively represent the Debtor in handling any additional work as it pertains to the Motion to Consolidate or any other pending actions. Moreover, even when Counsel reached out to Debtor in regards to the breakdown in communication and status of the representation, Debtor did not respond and has not signed the substitution of attorney. It is impossible for Counsel to properly represent an absentee Debtor/Client.

### CONCLUSION

Based on the above and the attached Declaration of Sanaz S. Bereliani, Counsel respectfully requests that this court permit Counsel to withdraw as counsel.

Respectfully Submitted,

Dated: October 4, 2019    **BERELIANI LAW FIRM, P.C.**

/s/ Sanaz Sarah Bereliani
Sanaz S. Bereliani, Esq.

## DECLARATION OF SANAZ S. BERELIANI
## IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL

1. I am an attorney at law, licensed to practice, and Counsel of record in the within action. I have personal knowledge of the foregoing facts and if called to testify I would and could competently testify thereto.

2. I substituted into the Debtor's chapter 13 case on April 3, 2018, for the purpose of responding to the Court's Order Prohibiting the Dismissal of Chapter 13 case, appearance at confirmation, and communication with creditors and trustee in relation to the above. I continued on in the case when it converted to chapter 7 in order to communicate with the Trustee and creditor(s) in resolution of the Stipulation to Sell the Debtor's home and work associated with it.

3. I represented the Debtor from April 3, 2018 until I substituted out of the case on August 17, 2018 due to breakdown in communication. I substituted back into the case on August 21, 2018 in order to assist in communication between the Debtor and the Trustee to resolve the Stipulation to sell the Debtor's home.

4. I have been representing the Debtor since then to the best of my ability, but there have been many bumps in the road in communication which prevents me from proceeding to represent the Debtor.

5. Often times my office has had to call and email multiple times to receive a response or even acknowledgement of receipt of documentation.

6. The last instance, on September 17, 2019 I communicated to the Debtor that I had prepared and filed an opposition to the Motion to Consolidate and discussed the case with her in the email. I advised her about the breakdown in communication and attached a substitution of attorney for

her review and signature. I offered to be available to speak about the email for clarifications or any concerns. My office has not received any responses to the September 17, 2019 communication.

7. On October 2, 2019, I emailed the Debtor to inform her of the status of the Motion to Consolidate hearing and reminded her of the substitution of attorney form. I asked that she sign and return this form by Friday, October 4, 2019. To date, she has not returned the signed substitution form, nor has she responded to my email with any questions or concerns.

8. If such substitution is received, this motion will be withdrawn.

Respectfully Submitted,

Dated: October 4, 2019                **BERELIANI LAW FIRM, P.C.**

/s/ Sanaz Sarah Bereliani, Esq.
Sanaz S. Bereliani, Esq.

| In re: | CHAPTER: 7 |
|---|---|
| Letitia Wellington       Debtor(s). | CASE NUMBER: **2:17-bk-23651-NB** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**11400 W. Olympic Blvd.
Suite 200
Los Angeles, CA 90064**

A true and correct copy of the foregoing document entitled (*specify*): __Notice of Motion and Motion to Withdraw as Counsel of Record; Declaration of Sanaz S. Bereliani and Memorandum of Points and Authorities in Support Thereof__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **10/6/2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
CHAPTER 7 TRUSTEE: Wesley H Avery (TR),   wes@averytrustee.com
ATTORNEY FOR CHAPTER 7 TRUSTEE: Brett B Curlee, brett.curlee@thecurleelawfirm.com
ECF PARTY: Michael F Chekian, mike@cheklaw.com
ECF PARTY: Merdaud Jafarnia, bknotice@mccarthyholthus.com
ECF PARTY: Kristin A Zilberstein, kzilberstein@ghidottilaw.com
ECF PARTY: Stella A Havkin, stella@havkinandshrago.com
ECF PARTY: Dennis E McGoldrick, dmcgoldricklaw@yahoo.com
UNITED STATES TRUSTEE (LA): ustpregion16.la.ecf@usdoj.gov
ATTORNEY FOR DEBTOR: Sanaz S Bereliani, berelianilaw@gmail.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **10/6/2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**JUDGE
Hon. Neil W. Bason
United States Bankruptcy Court
255 E. Temple Street, Suite 1552
Los Angeles, CA 90012**

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **10/6/2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
**VIA EMAIL**
Gregory M. Salvato: Gsalvato@Salvatolawoffices.com
Salvato Law Offices
777 So. Figueroa Street, Suite 2800
Los Angeles, CA 90017

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10/6/2019 | Ashley Johnson | /s/ Ashley Johnson |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                   **9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-2<br>Case 2:17-bk-23651-NB<br>Central District of California<br>Los Angeles<br>Sun Oct  6 10:59:21 PDT 2019 | Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | Franchise Tax Board<br>Bankruptcy Section MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| (p)OFFICE OF FINANCE   CITY OF LOS ANGELES<br>200 N SPRING ST RM 101 CITY HALL<br>LOS ANGELES CA 90012-3224 | MTGLQ Investors, LP<br>C/O McCarthy & Holthus, LLP<br>1770 Fourth Avenue<br>San Diego, CA 92101-2607 | Menchaca & Company LLP<br>835 Wilshire Blvd Suite 300<br>Los Angeles, CA 90017-2655 |
| Los Angeles Division<br>255 East Temple Street,<br>Los Angeles, CA 90012-3332 | Equifax<br>PO Box 144717<br>Orlando, FL 32814-4717 | Equifax<br>PO Box 740241<br>Atlanta, GA 30374-0241 |
| Equifax Info Services LLC<br>Box 740256<br>Atlanta, GA 30374-0256 | Experian<br>475 Anton Blvd<br>Costa Mesa, CA 92626-7037 | Experian<br>NCAC<br>PO Box 9556<br>Allen, TX 75013 |
| Experian<br>NCAC<br>PO Box 9556<br>Allen, TX 75013-9556 | Experian<br>Profile Management<br>PO Box 9558<br>Allen, TX 75013-9558 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 |
| Franchise Tax Board<br>PO Box 942867<br>Sacramento, CA 94267-0001 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | MTGLQ Investors, LP<br>c/o Rushmore Loan Management Services<br>P.O. Box 55004<br>Irvine, CA 92619-5004 |
| Michael D. Madison, Sr.<br>10736 Jefferson Boulevard, #633<br>Culver City, CA 90230-4933 | Michael Durand Madison, SR<br>10736 Jefferson Blvd #633<br>Culver City, CA 90230-4933 | Michael S. Madison Sr.<br>10736 Jefferson Boulevard, #633<br>Culver City, CA 90230-4933 |
| Rushmore Loan Management Services<br>PO Box 52708<br>Irvine, CA 92619-2708 | Trans Union Corporation<br>Attn: Public Records Department<br>555 W Adams St.<br>Chicago, IL 60661-3631 | TransUnion Consumer Relations<br>PO Box 2000<br>Chester, PA 19016-2000 |
| United States Trustee (LA)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 | Letitia Louise Wellington<br>PO Box 351000<br>Los Angeles, CA 90035-9400 | Michael Chekian<br>11400 W. Olympic Blvd. #200<br>Los Angeles, CA 90064-1584 |
| Michael D. Madison Sr.<br>c/o Stella Havkin<br>5950 Canoga Avenue, Suite 400<br>Woodland Hills, CA 91367-5037 | Sanaz S Bereliani<br>Bereliani Law Firm<br>11400 W Olympic Blvd Ste 200<br>Los Angeles, CA 90064-1584 | Wesley H Avery (TR)<br>758 E. Colorado Blvd., Suite 210<br>Pasadena, CA 91101-5407 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Los Angeles City Clerk
P.O. Box 53200
Los Angeles, CA 90053-0200

Internal Revenue Service
Centralized Insolvency Operation
Po Box 21126
Philadelphia, PA 19114-0326

(d)Internal Revenue Service
Insolvency I Stop 5022
300 N Los Angeles St Ste 4062
Los Angeles, CA 90012-3313

(d)Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114-0326

(d)Internal Revenue Service
PO Box 660002
Dallas, TX 75266-0002

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

(u)Menchaca & Company LLP

(u)US Bank Trust NA

(u)US Bank Trust US Bank Trust National Assoc

(d)Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

(u)Amos Wellington

(u)Dennis E McGoldrick

(u)Jan Neiman
Neiman Realty, Inc.

End of Label Matrix
Mailable recipients    29
Bypassed recipients     8
Total                  37